UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EXCELLENT HOME CARE
SERVICES, LLC,

        Plaintiff,

    v.

FGA, INC.,

        Defendant.
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 02 2018 ★

BROOKLYN OFFICE

ORDER
13-CV-5390 (ILG) (CLP)

GLASSER, Senior United States District Judge:

A motion seeking an Order of preclusion or dismissal was made before Magistrate Judge Pollak, to whom all non-dispositive pre-trial matters were delegated in accordance with 28 U.S.C. § 636(b)(1)(B).

A Report was made to the court dated September 4, 2018 in which the Magistrate Judge recommended that the plaintiff be precluded from using any documents to establish the defendant's liability or its damages, unless furnished by that date. It also Ordered that the parties complete depositions by November 2, 2018. That Report also advised that any objections to it must be filed within 14 days, DE 118, and that a failure to do so constituted a waiver of further judicial review. That day has come and gone with no objections having been filed.

A review of that carefully considered and reasoned report by the very able and experienced Magistrate Judge would have moved this court to adopt its recommendation, waiver notwithstanding, and it is

SO ORDERED.

Dated:    Brooklyn, New York
          September 28, 2018

                                            s/I. Leo Glasser
                                            I. Leo Glasser         U.S.D.J.